UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BENJAMIN BARSTAD,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, STEPHEN SINCLAIR, ROBERT HERZOG and JOHN C. DITTMAN,<br><br>Defendants. | NO: 2:19-CV-5195-TOR<br><br>ORDER DISMISSING COMPLAINT WITH PREJUDICE<br><br>**1915(g)** |

By Order filed September 13, 2019, the Court advised Plaintiff, a prisoner at the Coyote Ridge Corrections Center, that a temporary property restriction (i.e., denial of a tablet for 30 days) did not state a viable due process claim under 42 U.S.C. § 1983 and granted him the opportunity to voluntarily dismiss his complaint. ECF No. 8. Ten days later, Plaintiff submitted a 101-page document titled, "Opening Brief." ECF No. 9.

Plaintiff challenges the Group Violence Reduction Strategy (GVRS) set forth

ORDER DISMISSING COMPLAINT WITH PREJUDICE -- 1

in Department of Corrections (DOC) Policy 470.540 which allegedly punishes prisoners because they have some social interaction with perpetrators of violent acts. ECF No. 9 at 2. Application of this policy apparently resulted in the denial of Plaintiff's tablet for 30 days. Contrary to Plaintiff's assertions, the temporary deprivation of property is insufficient to invoke procedural due process protections under *Sandin v. Conner*, 515 U.S. 472, 483–84 (1995).

For the reasons set forth above in and in the Court's prior Order, **IT IS ORDERED** the complaint, ECF No. 1, is **DISMISSED with prejudice** as frivolous and for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **<u>Plaintiff is advised to read the statutory provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims.</u>**

Accordingly, IT IS HEREBY ORDERED:

1. The complaint, ECF No. 1, is **DISMISSED with prejudice** as frivolous and

for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

2. Plaintiff's *in forma pauperis* status is revoked.

3. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address, and **CLOSE** the file. The Clerk of Court is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Corrections Division.

**DATED** November 12, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER DISMISSING COMPLAINT WITH PREJUDICE -- 3